# Exhibit 1

# Contract Incentive Detail - HVAC

**Period** : September 2023

Johnson Controls

**EMPLOYEE INFORMATION**

**Employee** : Francesco Pagano
**Employee ID** : [redacted]
**Branch/Dept** : N72 - 0000
**Manager** : John W Payne
**Pay Suspend** : No

**Job Code** : J07682
**Plan** : SC04 - SIP BSNA HVAC Account Sales Reps (SC04)
**Plan Effective Date** : 1/11/2011
**Manager ID** : 1134776

**INCENTIVE SUMMARY**

| Contract Number | Contract Name | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 0N720176 | | 04/01/2020 | Prime | | | | | $2,411.17 | $2,411.17 | $0.00 |
| 0N720177 | | 02/01/2020 | Prime | | | | | $15,598.31 | $15,598.31 | $0.00 |
| 0N720178 | | 02/01/2020 | Prime | | | | | $3,928.69 | $3,928.69 | $0.00 |
| 0N720304 | | 06/01/2020 | PSR | | | | | $-705.42 | $-362.61 | $-342.81 |
| 0N720309 | | 07/01/2020 | Prime | | | | | $369.47 | $369.47 | $0.00 |
| 1-101824470276 | | 12/01/2022 | L&M | | | | | $244.57 | $244.57 | $0.00 |
| 1-102229713816 | | 03/01/2021 | PSA | | | | | $95.95 | $95.95 | $0.00 |
| 1-107855019828 | | 10/01/2021 | PSA | | | | | $432.16 | $432.16 | $0.00 |
| 1-107889782139 | | 11/01/2022 | L&M | | | | | $224.37 | $224.37 | $0.00 |
| 1-107906977726 | | 12/01/2021 | PSA | | | | | $391.20 | $391.20 | $0.00 |
| 1-107925394397 | | 07/01/2023 | L&M | | | | | $1,659.42 | $1,659.42 | $0.00 |
| 1-108408687953 | | 11/01/2022 | L&M | | | | | $109.47 | $109.47 | $0.00 |
| 1-109227058337 | | 03/01/2023 | L&M | | | | | $1,604.54 | $1,604.54 | $0.00 |
| 1-110405360312 | | 12/01/2021 | PSA | | | | | $407.76 | $407.76 | $0.00 |
| 1-111492970555 | | 12/01/2021 | PSA | | | | | $1,434.06 | $1,434.06 | $0.00 |
| 1-116069688495 | | 04/01/2023 | L&M | | | | | $422.49 | $422.49 | $0.00 |
| 1-117097425788 | | 04/01/2022 | L&M | | | | | $86.99 | $86.99 | $0.00 |
| 1-117234271511 | | 04/01/2022 | PSA | | | | | $15,081.99 | $12,713.96 | $2,368.03 |
| 1-117490508887 | | 04/01/2022 | PSA | | | | | $1,553.62 | $1,197.13 | $356.49 |
| 1-117602117039 | | 04/01/2022 | PSA | | | | | $10,151.56 | $10,151.56 | $0.00 |




Questions?

# Contract Incentive Detail - HVAC

Johnson Controls

**Period** : September 2023

## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Francesco Pagano | **Job Code** | : J07682 |
| **Employee ID** | : [redacted] | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N72 - 0000 | **Plan Effective Date** | : 1/11/2011 |
| **Manager** | : John W Payne | **Manager ID** | : 1134776 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | Contract Name | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-117696041836 | | 04/01/2022 | PSA | | | | | $30.10 | $22.57 | $7.53 |
| 1-117722319545 | | 04/01/2022 | PSA | | | | | $301.08 | $225.81 | $75.27 |
| 1-117762776755 | | 04/01/2022 | PSA | | | | | $38,739.84 | $38,739.84 | $0.00 |
| 1-117849958323 | | 05/01/2022 | PSA | | | | | $3,735.25 | $3,735.25 | $0.00 |
| 1-117909611708 | | 05/01/2022 | PSA | | | | | $5,378.53 | $5,378.53 | $0.00 |
| 1-118280576569 | | 03/01/2023 | L&M | | | | | $474.53 | $474.53 | $0.00 |
| 1-118302827732 | | 06/01/2022 | PSA | | | | | $630.62 | $630.62 | $0.00 |
| 1-118334495603 | | 06/01/2022 | PSA | | | | | $744.70 | $744.70 | $0.00 |
| 1-118371233473 | | 06/01/2022 | PSA | | | | | $80.73 | $80.73 | $0.00 |
| 1-118615280302 | | 07/01/2022 | PSA | | | | | $87.65 | $87.65 | $0.00 |
| 1-118863473214 | | 06/01/2022 | PSA | | | | | $3,928.50 | $3,928.50 | $0.00 |
| 1-118899501949 | | 07/01/2022 | PSA | | | | | $122.82 | $122.82 | $0.00 |
| 1-119018788830 | | 07/01/2022 | PSA | | | | | $74.12 | $74.12 | $0.00 |
| 1-119120179167 | | 07/01/2022 | PSA | | | | | $4,936.64 | $4,936.64 | $0.00 |
| 1-119294876380 | | 07/01/2022 | PSA | | | | | $31,829.28 | $23,871.96 | $7,957.32 |
| 1-119981105445 | | 11/01/2022 | L&M | | | | | $1,429.13 | $1,429.14 | $-0.01 |
| 1-120048526243 | | 08/01/2022 | PSA | | | | | $903.39 | $903.39 | $0.00 |
| 1-120066391917 | | 08/01/2022 | PSA | | | | | $472.05 | $472.05 | $0.00 |
| 1-120200578897 | | 03/01/2023 | L&M | | | | | $8,918.62 | $8,918.61 | $0.01 |
| 1-120663094223 | | 08/01/2022 | PSA | | | | | $318.86 | $318.86 | $0.00 |
| 1-120671633219 | | 08/01/2022 | PSA | | | | | $7,492.62 | $5,619.46 | $1,873.16 |





**Questions?**

# Contract Incentive Detail - HVAC

Johnson Controls

**Period** : September 2023

**EMPLOYEE INFORMATION**

| | | | |
|---|---|---|---|
| **Employee** | : Francesco Pagano | **Job Code** | : J07682 |
| **Employee ID** | : [redacted] | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N72 - 0000 | **Plan Effective Date** | : 1/11/2011 |
| **Manager** | : John W Payne | **Manager ID** | : 1134776 |
| **Pay Suspend** | : No | | |

**INCENTIVE SUMMARY**

| Contract Number | Contract Name | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-120904177238 | [redacted] | 08/01/2022 | PSA | [redacted] | | | | $6,807.30 | $5,105.47 | $1,701.83 |
| 1-120936527587 | [redacted] | 08/01/2022 | PSA | [redacted] | | | | $514.04 | $514.04 | $0.00 |
| 1-120992691605 | [redacted] | 11/01/2022 | L&M | [redacted] | | | | $86.43 | $86.43 | $0.00 |
| 1-121028750995 | [redacted] | 11/01/2022 | L&M | [redacted] | | | | $646.73 | $646.74 | $-0.01 |
| 1-121419972970 | [redacted] | 11/01/2022 | PSA | [redacted] | | | | $407.47 | $407.47 | $0.00 |
| 1-121551447529 | [redacted] | 09/01/2022 | PSA | [redacted] | | | | $1,378.19 | $1,133.06 | $245.13 |
| 1-121775504485 | [redacted] | 10/01/2022 | L&M | [redacted] | | | | $181.93 | $181.93 | $0.00 |
| 1-121823862162 | [redacted] | 10/01/2022 | L&M | [redacted] | | | | $699.42 | $699.42 | $0.00 |
| 1-121829717052 | [redacted] | 09/01/2022 | PSA | [redacted] | | | | $765.32 | $765.32 | $0.00 |
| 1-121914892873 | [redacted] | 10/01/2022 | L&M | [redacted] | | | | $1,402.93 | $1,402.94 | $-0.01 |
| 1-121915218200 | [redacted] | 08/01/2023 | L&M | [redacted] | | | | $-1,499.06 | $-1,499.06 | $0.00 |
| 1-122285573048 | [redacted] | 10/01/2022 | PSA | [redacted] | | | | $1,719.01 | $1,719.01 | $0.00 |
| 1-122300958350 | [redacted] | 10/01/2022 | L&M | [redacted] | | | | $383.61 | $383.60 | $0.01 |
| 1-122422696608 | [redacted] | 10/01/2022 | PSA | [redacted] | | | | $472.13 | $472.13 | $0.00 |
| 1-122481405569 | [redacted] | 11/01/2022 | L&M | [redacted] | | | | $97.66 | $97.66 | $0.00 |
| 1-122531556627 | [redacted] | 10/01/2022 | PSA | [redacted] | | | | $5,805.13 | $4,353.85 | $1,451.28 |
| 1-122672432899 | [redacted] | 12/01/2022 | L&M | [redacted] | | | | $644.58 | $644.58 | $0.00 |
| 1-122794318843 | [redacted] | 11/01/2022 | L&M | [redacted] | | | | $80.89 | $80.89 | $0.00 |
| 1-122894810056 | [redacted] | 11/01/2022 | L&M | [redacted] | | | | $424.92 | $424.92 | $0.00 |
| 1-122934303647 | [redacted] | 12/01/2022 | L&M | [redacted] | | | | $150.62 | $150.62 | $0.00 |
| 1-123023233393 | [redacted] | 10/01/2022 | PSA | [redacted] | | | | $102.01 | $102.01 | $0.00 |
| 1-123042238654 | [redacted] | 10/01/2022 | PSA | [redacted] | | | | $17,533.50 | $13,150.13 | $4,383.37 |
| 1-123095559255 | [redacted] | 01/01/2023 | L&M | [redacted] | | | | $435.24 | $435.24 | $0.00 |
| 1-123244470880 | [redacted] | 12/01/2022 | L&M | [redacted] | | | | $828.40 | $828.40 | $0.00 |
| 1-123259825926 | [redacted] | 02/01/2023 | L&M | [redacted] | | | | $246.67 | $246.67 | $0.00 |

# Contract Incentive Detail - HVAC

**Period** : September 2023

Johnson Controls

**EMPLOYEE INFORMATION**

| | | | |
|---|---|---|---|
| **Employee** | : Francesco Pagano | **Job Code** | : J07682 |
| **Employee ID** | : [redacted] | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N72 - 0000 | **Plan Effective Date** | : 1/11/2011 |
| **Manager** | : John W Payne | **Manager ID** | : 1134776 |
| **Pay Suspend** | : No | | |

**INCENTIVE SUMMARY**

| Contract Number | Contract Name | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-123304567907 | | 11/01/2022 | PSA | | | | | $266.89 | $266.89 | $0.00 |
| 1-123312217249 | | 11/01/2022 | PSA | | | | | $120.28 | $120.28 | $0.00 |
| 1-123475370824 | | 11/01/2022 | PSA | | | | | $8,730.14 | $6,547.60 | $2,182.54 |
| 1-123673886048 | | 11/01/2022 | PSA | | | | | $29,522.61 | $22,141.95 | $7,380.66 |
| 1-123864459842 | | 11/01/2022 | PSA | | | | | $1,156.01 | $867.01 | $289.00 |
| 1-124064947858 | | 03/01/2023 | L&M | | | | | $-158.72 | $-158.72 | $0.00 |
| 1-124310246263 | | 11/01/2022 | PSA | | | | | $164.61 | $164.61 | $0.00 |
| 1-124311577028 | | 11/01/2022 | PSA | | | | | $135.50 | $135.50 | $0.00 |
| 1-124547490610 | | 12/01/2022 | PSA | | | | | $427.75 | $427.75 | $0.00 |
| 1-124579034841 | | 04/01/2023 | L&M | | | | | $68.94 | $68.94 | $0.00 |
| 1-124617145596 | | 12/01/2022 | PSA | | | | | $93.72 | $93.72 | $0.00 |
| 1-124621986195 | | 12/01/2022 | PSA | | | | | $71.27 | $71.27 | $0.00 |
| 1-124652793982 | | 12/01/2022 | PSA | | | | | $177.73 | $177.73 | $0.00 |
| 1-124869309791 | | 03/01/2023 | L&M | | | | | $9,528.46 | $9,528.46 | $0.00 |
| 1-125067492911 | | 12/01/2022 | PSA | | | | | $17,493.98 | $13,683.98 | $3,810.00 |
| 1-125067744268 | | 12/01/2022 | PSA | | | | | $420.08 | $420.08 | $0.00 |
| 1-125069403715 | | 12/01/2022 | PSA | | | | | $248.55 | $248.55 | $0.00 |
| 1-125097829408 | | 12/01/2022 | PSA | | | | | $619.56 | $619.56 | $0.00 |
| 1-125171628347 | | 02/01/2023 | L&M | | | | | $2,365.98 | $2,365.98 | $0.00 |
| 1-125445153963 | | 12/01/2022 | PSA | | | | | $920.78 | $920.78 | $0.00 |
| 1-126704095789 | | 01/01/2023 | PSA | | | | | $661.92 | $661.92 | $0.00 |




**Questions?**

## Contract Incentive Detail - HVAC

Johnson Controls

**Period** : September 2023

**EMPLOYEE INFORMATION**

| | | | |
|---|---|---|---|
| **Employee** | : Francesco Pagano | **Job Code** | : J07682 |
| **Employee ID** | : [redacted] | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N72 - 0000 | **Plan Effective Date** | : 1/11/2011 |
| **Manager** | : John W Payne | **Manager ID** | : 1134776 |
| **Pay Suspend** | : No | | |

**INCENTIVE SUMMARY**

| Contract Number | Contract Name | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-126749698098 | | 01/01/2023 | PSA | | | | | $6,334.53 | $4,750.90 | $1,583.63 |
| 1-126751639361 | | 01/01/2023 | PSA | | | | | $230.42 | $230.42 | $0.00 |
| 1-126782349172 | | 01/01/2023 | PSA | | | | | $329.28 | $329.28 | $0.00 |
| 1-126790792777 | | 01/01/2023 | PSA | | | | | $512.22 | $512.22 | $0.00 |
| 1-126805490527 | | 01/01/2023 | PSA | | | | | $99.46 | $99.46 | $0.00 |
| 1-127144596108 | | 06/01/2023 | L&M | | | | | $3,606.24 | $3,606.24 | $0.00 |
| 1-127246384747 | | 02/01/2023 | L&M | | | | | $80.92 | $80.92 | $0.00 |
| 1-127268853596 | | 03/01/2023 | L&M | | | | | $707.52 | $707.52 | $0.00 |
| 1-127320189383 | | 01/01/2023 | PSA | | | | | $1,121.96 | $1,121.96 | $0.00 |
| 1-127347238890 | | 01/01/2023 | PSA | | | | | $483.63 | $483.63 | $0.00 |
| 1-127348849553 | | 01/01/2023 | PSA | | | | | $52.95 | $52.95 | $0.00 |
| 1-127422493620 | | 02/01/2023 | PSA | | | | | $267.96 | $267.96 | $0.00 |
| 1-127438476525 | | 02/01/2023 | PSA | | | | | $239.00 | $239.00 | $0.00 |
| 1-127471142920 | | 02/01/2023 | PSA | | | | | $134.67 | $134.67 | $0.00 |
| 1-127499525130 | | 02/01/2023 | PSA | | | | | $634.73 | $634.73 | $0.00 |
| 1-127507567009 | | 02/01/2023 | L&M | | | | | $906.39 | $906.38 | $0.01 |
| 1-127714131847 | | 02/01/2023 | PSA | | | | | $106.87 | $80.15 | $26.72 |
| 1-127716254969 | | 03/01/2023 | L&M | | | | | $371.95 | $371.95 | $0.00 |
| 1-127734185237 | | 02/01/2023 | PSA | | | | | $0.00 | $0.00 | $0.00 |
| 1-127734825695 | | 02/01/2023 | PSA | | | | | $0.00 | $0.00 | $0.00 |
| 1-127819495132 | | 02/01/2023 | PSA | | | | | $158.62 | $158.62 | $0.00 |
| 1-127863059520 | | 02/01/2023 | PSA | | | | | $124.48 | $124.48 | $0.00 |

# Contract Incentive Detail - HVAC

**Period** : September 2023

Johnson Controls

## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Francesco Pagano | **Job Code** | : J07682 |
| **Employee ID** | : [redacted] | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N72 - 0000 | **Plan Effective Date** | : 1/11/2011 |
| **Manager** | : John W Payne | **Manager ID** | : 1134776 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | Contract Name | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-128244825364 | | 03/01/2023 | PSA | | | | | $1,047.18 | $915.48 | $131.70 |
| 1-128320093634 | | 03/01/2023 | PSA | | | | | $22.82 | $22.82 | $0.00 |
| 1-128323454351 | | 03/01/2023 | PSA | | | | | $590.64 | $590.64 | $0.00 |
| 1-128364706613 | | 03/01/2023 | PSA | | | | | $14.64 | $14.64 | $0.00 |
| 1-128559706146 | | 03/01/2023 | PSA | | | | | $118.76 | $118.76 | $0.00 |
| 1-128643281256 | | 04/01/2023 | PSA | | | | | $299.63 | $299.63 | $0.00 |
| 1-128683736725 | | 04/01/2023 | PSA | | | | | $3,812.23 | $3,812.23 | $0.00 |
| 1-128719051893 | | 04/01/2023 | L&M | | | | | $366.20 | $366.21 | $-0.01 |
| 1-128729145431 | | 04/01/2023 | PSA | | | | | $364,331.39 | $273,248.54 | $91,082.85 |
| 1-128800337111 | | 05/01/2023 | PSA | | | | | $4,733.64 | $4,733.64 | $0.00 |
| 1-128800498557 | | 05/01/2023 | PSA | | | | | $1,369.84 | $1,369.84 | $0.00 |
| 1-128800718696 | | 05/01/2023 | L&M | | | | | $147.44 | $147.45 | $-0.01 |
| 1-128801715992 | | 05/01/2023 | PSA | | | | | $193.93 | $193.93 | $0.00 |
| 1-128803108976 | | 05/01/2023 | PSA | | | | | $204.03 | $204.03 | $0.00 |
| 1-128803109566 | | 05/01/2023 | PSA | | | | | $112.31 | $112.31 | $0.00 |
| 1-128816205161 | | 08/01/2023 | L&M | | | | | $757.74 | $757.74 | $0.00 |
| 1-128859462005 | | 06/01/2023 | L&M | | | | | $908.10 | $908.11 | $-0.01 |
| 1-129016974695 | | 05/01/2023 | L&M | | | | | $5,571.49 | $5,571.49 | $0.00 |
| 1-129017511825 | | 05/01/2023 | L&M | | | | | $1,812.08 | $1,812.08 | $0.00 |
| 1-129521358206 | | 06/01/2023 | L&M | | | | | $3,125.55 | $3,125.55 | $0.00 |
| 1-129539899172 | | 06/01/2023 | PSA | | | | | $798.87 | $798.87 | $0.00 |




**Questions?**

# Contract Incentive Detail - HVAC

Johnson Controls

**Period** : September 2023

## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| **Employee** | : Francesco Pagano | **Job Code** | : J07682 |
| **Employee ID** | : | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N72 - 0000 | **Plan Effective Date** | : 1/11/2011 |
| **Manager** | : John W Payne | **Manager ID** | : 1134776 |
| **Pay Suspend** | : No | | |

## INCENTIVE SUMMARY

| Contract Number | Contract Name | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-129540250629 | | 06/01/2023 | PSA | | | | | $615.97 | $615.97 | $0.00 |
| 1-129564232160 | | 06/01/2023 | PSA | | | | | $359.02 | $359.02 | $0.00 |
| 1-129564498775 | | 06/01/2023 | PSA | | | | | $76.64 | $76.64 | $0.00 |
| 1-129590080017 | | 06/01/2023 | PSA | | | | | $88.98 | $88.98 | $0.00 |
| 1-129724343998 | | 06/01/2023 | PSA | | | | | $241.08 | $241.08 | $0.00 |
| 1-129725576563 | | 06/01/2023 | PSA | | | | | $2,169.36 | $2,169.36 | $0.00 |
| 1-129728188437 | | 07/01/2023 | PSA | | | | | $130.07 | $130.07 | $0.00 |
| 1-129796071157 | | 06/01/2023 | PSA | | | | | $1,028.08 | $1,028.08 | $0.00 |
| 1-129845129813 | | 07/01/2023 | PSA | | | | | $122.82 | $122.82 | $0.00 |
| 1-129875325481 | | 07/01/2023 | PSA | | | | | $110.91 | $110.91 | $0.00 |
| 1-129904176944 | | 07/01/2023 | PSA | | | | | $648.06 | $648.06 | $0.00 |
| 1-130036040289 | | 07/01/2023 | PSA | | | | | $3,707.33 | $3,707.33 | $0.00 |
| 1-130213936267 | | 07/01/2023 | L&M | | | | | $185.79 | $185.79 | $0.00 |
| 1-130328574382 | | 07/01/2023 | PSA | | | | | $42,288.10 | $31,716.08 | $10,572.02 |
| 1-130329217258 | | 07/01/2023 | PSA | | | | | $12,322.02 | $9,241.51 | $3,080.51 |
| 1-130329904902 | | 07/01/2023 | PSA | | | | | $217.24 | $217.24 | $0.00 |
| 1-130341039502 | | 07/01/2023 | PSA | | | | | $3,654.46 | $2,740.85 | $913.61 |
| 1-130342926236 | | 08/01/2023 | L&M | | | | | $338.45 | $338.45 | $0.00 |
| 1-130411007848 | | 08/01/2023 | PSA | | | | | $789.13 | $789.13 | $0.00 |
| 1-130411143797 | | 08/01/2023 | PSA | | | | | $422.20 | $422.20 | $0.00 |
| 1-130411704132 | | 08/01/2023 | PSA | | | | | $135.50 | $135.50 | $0.00 |

# Contract Incentive Detail - HVAC

Johnson Controls

**Period** : September 2023

**EMPLOYEE INFORMATION**

| | | | |
|---|---|---|---|
| **Employee** | : Francesco Pagano | **Job Code** | : J07682 |
| **Employee ID** | : [redacted] | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N72 - 0000 | **Plan Effective Date** | : 1/11/2011 |
| **Manager** | : John W Payne | **Manager ID** | : 1134776 |
| **Pay Suspend** | : No | | |

**INCENTIVE SUMMARY**

| Contract Number | Contract Name | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-130411794066 | [redacted] | 08/01/2023 | PSA | [redacted] | [redacted] | [redacted] | [redacted] | $625.86 | $625.86 | $0.00 |
| 1-130753132338 | [redacted] | 09/01/2023 | PSA | [redacted] | [redacted] | [redacted] | [redacted] | $331.19 | $331.19 | $0.00 |
| 1-131122335520 | [redacted] | 09/01/2023 | PSA | [redacted] | [redacted] | [redacted] | [redacted] | $863.56 | $863.56 | $0.00 |
| 1-131149490550 | [redacted] | 09/01/2023 | PSA | [redacted] | [redacted] | [redacted] | [redacted] | $613.38 | $463.69 | $149.69 |
| 1-131149805053 | [redacted] | 09/01/2023 | PSA | [redacted] | [redacted] | [redacted] | [redacted] | $1,067.30 | $918.49 | $148.81 |
| 1-131228176288 | [redacted] | 09/01/2023 | PSA | [redacted] | [redacted] | [redacted] | [redacted] | $1,822.09 | $1,822.09 | $0.00 |
| 1-131229670894 | [redacted] | 09/01/2023 | PSA | [redacted] | [redacted] | [redacted] | [redacted] | $556.16 | $556.16 | $0.00 |
| 1-131237644968 | [redacted] | 09/01/2023 | PSA | [redacted] | [redacted] | [redacted] | [redacted] | $894.78 | $894.78 | $0.00 |
| 1N720194 | [redacted] | 04/01/2021 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $4,334.00 | $3,505.22 | $828.78 |
| 1N720317 | [redacted] | 07/01/2021 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $12,660.08 | $10,600.31 | $2,059.77 |
| 1N720318 | [redacted] | 07/01/2021 | PSC | [redacted] | [redacted] | [redacted] | [redacted] | $10,951.75 | $8,911.13 | $2,040.62 |
| 1N720330 | [redacted] | 07/01/2021 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $24,629.75 | $19,294.31 | $5,335.44 |
| 2N720006 | [redacted] | 10/01/2021 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $32,942.82 | $23,485.43 | $9,457.39 |
| 2N720014 | [redacted] | 10/01/2021 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $29,460.84 | $22,977.10 | $6,483.74 |
| 2N720015 | [redacted] | 10/01/2021 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $134.27 | $221.23 | $-86.96 |
| 2N720052 | [redacted] | 12/01/2021 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $12,730.03 | $9,659.66 | $3,070.37 |
| 2N720060 | [redacted] | 11/01/2021 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $7,416.18 | $5,881.67 | $1,534.51 |
| 2N720061 | [redacted] | 11/01/2021 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $25,807.25 | $19,156.04 | $6,651.21 |
| 2N720064 | [redacted] | 12/01/2021 | PSR | [redacted] | [redacted] | [redacted] | [redacted] | $13,201.62 | $10,583.98 | $2,617.64 |
| 2N720106 | [redacted] | 12/01/2021 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $41.00 | $33.15 | $7.85 |
| 2N720259 | [redacted] | 04/01/2022 | PSR | [redacted] | [redacted] | [redacted] | [redacted] | $7,232.43 | $5,660.60 | $1,571.83 |
| 2N720295 | [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] | $36.23 | $36.23 | $0.00 |
| 2N720295 | [redacted] | 05/01/2022 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $-26,483.66 | $-16,219.20 | $-10,264.46 |
| 2N720296 | [redacted] | 05/01/2022 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $17,753.58 | $13,621.45 | $4,132.13 |
| 2N720310 | [redacted] | 06/01/2022 | Prime | [redacted] | [redacted] | [redacted] | [redacted] | $7,278.68 | $7,278.69 | $-0.01 |

# Contract Incentive Detail - HVAC

Johnson Controls

**Period** : September 2023

**EMPLOYEE INFORMATION**

| | | | |
|---|---|---|---|
| **Employee** | : Francesco Pagano | **Job Code** | : J07682 |
| **Employee ID** | : [redacted] | **Plan** | : SC04 - SIP BSNA HVAC Account Sales Reps (SC04) |
| **Branch/Dept** | : N72 - 0000 | **Plan Effective Date** | : 1/11/2011 |
| **Manager** | : John W Payne | **Manager ID** | : 1134776 |
| **Pay Suspend** | : No | | |

**INCENTIVE SUMMARY**

| Contract Number | Contract Name | First Period | Cont Type | Status | Vol | GM | Credit Split % | Estimated Total Incentive | Incentive Paid to Date | Estimated Remaining Incentive |
|---|---|---|---|---|---|---|---|---|---|---|
| 2N720319 | [redacted] | 06/01/2022 | Prime | [redacted] | | | | $10,836.17 | $7,790.45 | $3,045.72 |
| 2N720350 | [redacted] | 08/01/2022 | PSR | [redacted] | | | | $372.48 | $331.89 | $40.59 |
| 2N720387 | [redacted] | 10/01/2022 | PSC | [redacted] | | | | $869.86 | $647.30 | $222.56 |
| 2N720391 | [redacted] | 09/01/2022 | Prime | [redacted] | | | | $15,619.80 | $9,442.56 | $6,177.24 |
| 2N720392 | [redacted] | 09/01/2022 | Prime | [redacted] | | | | $4,954.05 | $4,295.34 | $658.71 |
| 2N720393 | [redacted] | 09/01/2022 | Prime | [redacted] | | | | $5,223.91 | $4,528.91 | $695.00 |
| 3N720009 | [redacted] | 10/01/2022 | Prime | [redacted] | | | | $1,876.24 | $1,876.24 | $0.00 |
| 3N720038 | [redacted] | 12/01/2022 | Prime | [redacted] | | | | $12,788.94 | $10,784.12 | $2,004.82 |
| 3N720047 | [redacted] | 02/01/2023 | Prime | [redacted] | | | | $55,799.66 | $35,169.99 | $20,629.67 |
| 3N720048 | [redacted] | 02/01/2023 | Prime | [redacted] | | | | $32,490.51 | $16,456.04 | $16,034.47 |
| 3N720054 | [redacted] | 01/01/2023 | Prime | [redacted] | | | | $129.80 | $129.81 | $-0.01 |
| 3N720064 | [redacted] | 01/01/2023 | PSC | [redacted] | | | | $62.97 | $52.67 | $10.30 |
| 3N720095 | [redacted] | 04/01/2023 | Prime | [redacted] | | | | $11,531.81 | $9,618.34 | $1,913.47 |
| 3N720141 | [redacted] | 07/01/2023 | Prime | [redacted] | | | | $1,705.45 | $1,117.12 | $588.33 |
| 9N720467 | [redacted] | 06/01/2019 | PSC | [redacted] | | | | $1,167.64 | $1,167.64 | $0.00 |
| 9N720560 | [redacted] | 08/01/2019 | PSR | [redacted] | | | | $2,647.42 | $2,084.44 | $562.98 |
| 9N720561 | [redacted] | 08/01/2019 | PSR | [redacted] | | | | $2,339.77 | $2,339.77 | $0.00 |
| **Total** | | | | | | | | **$1,103,293.67** | **$873,841.70** | **$229,452.01** |