**Ogletree Deakins**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/20/2024

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

Jocelyn A. Merced
Jocelyn.Merced@ogletree.com

March 19, 2024

> Application GRANTED. Defendant shall file its anticipated motion to dismiss by **April 15, 2024**, Plaintiff's opposition shall be due **April 29, 2024**, and Defendant's reply shall be due **May 6, 2024**.
>
> All other dates and deadlines, including the Initial Pretrial Conference, are hereby adjourned *sine die*.
>
> SO ORDERED.  Date: 3/19/2024.
>
> *[signature]*
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

<u>Via ECF</u>

Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2102
New York, NY 10007

  Re: *Pagano v. Johnson Controls, Inc.*
    <u>Case No. 24-CV-01020 (MMG)</u>

Judge Garnett:

  This firm represents Defendant Johnson Controls, Inc. ("JCI") in the above-entitled matter. Along with counsel for Plaintiff Francesco Pagano, we jointly request that the Initial Pretrial Conference scheduled for March 28, 2024 be adjourned.

  Plaintiff's counsel served a Request for Waiver of Service on JCI pursuant to *Fed.R.Civ.P.* 4(d) on February 13, 2024 and JCI waived service. [ECF 12]. As a result, JCI's time to Answer or otherwise move with respect to the Complaint is April 15, 2024. [*Id.*].

  In lieu of an Answer, JCI will file a Motion to Dismiss the Complaint pursuant to *Fed.R.Civ.P.* 12(b)(6) for failure to state a claim upon which relief can be granted.

  In light of the above, the parties jointly request that the Initial Pretrial Conference be adjourned until 45 days after the Court has decided JCI's *Fed.R.Civ.P.* 12(b)(6) motion. Should the Court have any questions or suggestions regarding the above, the parties can make themselves available.

A South Carolina Professional Corporation ■ Steven J. Luckner ■ New Jersey Managing Shareholder

Atlanta · Austin · Berlin (Germany) · Birmingham · Bloomfield Hills · Boston · Charleston · Charlotte · Chicago · Cleveland · Columbia · Dallas · Denver · Detroit Metro · Greenville
Houston · Indianapolis · Jackson · Kansas City · Las Vegas · London (England) · Los Angeles · Memphis · Mexico City (Mexico) · Miami · Milwaukee · Minneapolis · Montréal (Canada)
Morristown · Nashville · New Orleans · New York City · Oklahoma City · Orange County · Paris (France) · Philadelphia · Phoenix · Pittsburgh · Portland · Raleigh · Richmond
St. Louis · St. Thomas · Sacramento · San Antonio · San Diego · San Francisco · Seattle · Stamford · Tampa · Toronto (Canada) · Torrance · Tucson · Washington

Hon. Margaret M. Garnett, U.S.D.J.
March 19, 2024
Page 2

Thank you.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.

        */s/ Jocelyn A. Merced*
        Jocelyn A. Merced

JAM/ss

On behalf of Plaintiff, we join in the Above Request for Adjournment.

By:    s/ *Heidi Sharp*

    Heidi Sharp
    The Sharp Firm
    43260 Sarfield, Suite 280
    Clinton Twp., MI 48038
    (586) 226-2627
    heidi@sharpfirmlaw.com
    *Pro hac vice*

    Adam C. Lease
    Karpf, Karpf & Cerutti, P.C.
    3331 Street Road
    Two Greenwood Square, Suite 128
    BenSalem, PA 19020
    (215) 639-0801
    alease@karpf-law.com

    *Attorneys for Plaintiff*