# EXHIBIT A



# Incentive FY Plan 2023

**HVAC Smart Building, Complex and Account Sales (SCPJ, SC04)**

Summary Plan Description - Effective October 1, 2022

Confidential

Case 4:24-cv-10431-SDK-CI   ECF No. 4-2, PageID.148   Filed 03/29/24   Page 3 of 40





# BSNA FY23 Strategy

One team. One goal.

Leading customers to a smart, healthy and sustainable tomorrow

## Growth Strategy Roadmap: HVAC & Complex

### STRATEGIES

**1** Win the right customer and serve them forever through effective account management

**2** Accelerate lifecycle & digital service growth with existing footprint

**3** Capitalize on key trends to help customers solve critical challenges, using our Healthy Buildings and Sustainable Infrastructure solutions

**4** Create privilege of focus for Equipment, Smart Buildings & Services growth

### PRIORITY VERTICALS

Healthcare | Education | Government | Data Centers | Commercial Real Estate | Industrial

### ENABLERS

Customer & Market Intelligence

Front Line Team

Commercial & Vertical Alignment

Product & Solution Training

Inside Sales / Lead Generation

Market Back Portfolio Management / R&D

### DIGITAL

Connected Chillers

Enterprise Manager

Healthy Buildings

Net Zero Buildings

Connected Metasys

Connected Panels

## FY23 Sales Structure

HVAC Smart Building Rep/AE

HVAC Account Rep/AE

HVAC Service Reps

HVAC Equipment Rep/AE

HVAC Equipment Agents

Johnson Controls



Customer Focus

Sales aligned to deliver exceptional value & serve our customers the way they want to be served:

One team. One goal.

Leading customers to a smart, healthy and sustainable tomorrow

Plan & Design — Design/Consultant

Build — Contractor

Operate & Maintain — Facility Director

Retrofit & Replace — Building Owner

Construction Focus

Owner Focus

Digital Service Growth
Smart Buildings
Service Growth
Healthy Buildings
Building Performance Standards

HVAC Equipment Rep/AE

HVAC Equipment Agents

HVAC Smart Building Rep/AE

HVAC Account Rep/AE

HVAC Service Reps



# FY23 HVAC Smart Buildings, Complex and Account Rep/AE Sales Overview

Plan ID: SCPJ & SC004

Incentive FY Plan 2021
The power behind your mission



Johnson Controls



# Calculating Core Commission: SGM Tiers

**Install & L&M**
(SCPJ & SCO4)

Determine your Install & L&M SGM Tier based on your YTD Secured Gross Margin



**FY23: P&S-C, P&S-R Prime, L&M, Branch PC Commission Rates (Core)***

FY Secured Margin Tier

**Application Notes:**

■ Eligible Install Contract Types are:

■ Plan & Spec Construction (PS-C), Plan & Spec Retrofit (PS-R), Prime Retrofit, Labor & Material (L&M) and Performance Contract (PC)

■ All secured gross margin applies to the tier calculation except Security or Fire Domain margin and International Credit splits

■ When the higher tiers are reached, the higher rate will apply retroactively to all contracts booked in the FY

■ By Contract, the tier applicable at close of the FY in which the contract booked is applicable to all future commission calculations

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

6





# Calculating Core Commission: Commission Rates

## Install & L&M
(SCPJ & SCO4)

Table 1: Determine your Install & L&M Commission Rate



**Application Notes:**
- Digital Quota Linkage
- Rates shown require annual digital quota achievement; if the digital quota is not achieved rates applicable ar[ ] f the rate shown above
- SV commission multiplier applies when targeted SGM% rates are exceeded
- Target margins are defined and published by pricing and subject to change without notice



- All Capital Projects are paid at tier 1 rates (regardless of YTD production attained)
- Capital Projects are eligible for the SV Commission Multiplier
- Executed Margin component applied to Capital Projects is paid as Cash is received. No advance at booking.
- Executed Margin Commission:
  - Is based on the lower of actual gross margin or latest re-estimated gross margin as credited to the salesperson multiplied by the executed margin commission rate. Once a contract transfers, only actual gross margin will be used

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

7


Johnson Controls

# FY23 Digital Quota Details
(SC04 & SCPJ)



**Who**

All HVAC Smart Buildings and Account Rep/AEs carry an annual secured volume digital quota for FY23. Quota is provided by your manager and factored based on the area digital quota and your account opportunity. Quotas may be $0+.

**What**

HVAC core commission Secured Volume rates are contingent upon reaching the digital annual quota, where this is not met a 10% commission rate discount applies to the Secured Volume commission rates applicable on all sales. All digital solution sales under the product codes listed retire toward quota.

**When**

All eligible digital sales year to date will retire quota. However, all sales will be subject to the commission discount if the annual digital quota is not reached.

**Where**

Digital sales reporting is available to you on a monthly basis.

**How**

All digital solution sales under the product codes listed retire toward the annual quota. Once the annual quota is met, retroactively all sales made in the FY will receive the applicable full core commission rate (made in one true-up payment).

| Digital Solutions | HVAC |
|---|---|
| OB Active Responder | 8D |
| OB Bridge | 8L |
| OB Central Utility Plant (CUP) | 8H |
| OB Cloud | DV |
| OB Companion | EO |
| OB Connected Chillers | 8F |
| OB Digital Others | 8G |
| OB Enterprise Manager | NN |
| OB False Alarm Reduction | 8E |
| OB Location Manager | 8C |
| OB Risk Insight | 8I |
| OB – Remote Diagnostics & Reporting | 8Q |
| OB Twin | 8M |
| OB Viewer – BIM Services | 8V |
| Technology Professional Services - OB | DP |
| OB AI Solutions | 8S |
| OB AI Services | 8R |
| OB Patient Room | 8U |
| OB Tempered Standalone | 8T |
| Performance Verification Tool Autoscan | 8W |

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

8



# Calculating Core Commission: Pay Timing

## Install & L&M
(SCPI & SC04)

## Understand when commission is due & your payout timing

### FY23 Install & L&M Pay Timing

| Incentive Component | Payment Timing |
|---|---|
|  A Secured Volume | Paid at month end, one month following the month of booking |
|  B Executed Margin  C | 1. 30% paid up front at month end, one month following the month of booking |
| D | 2. Payments continue to be made as cash is collected from 30% to 65% |
| | 3. Remaining paid at time of transfer (100% cash collected) |

## How we pay incentives

**A&B**
Pay Booking Incentive:
(SV Rate * SV$) * (1+Kicker) + 30% (XGM Rate * SGM$) = **Incentive Payable at Booking**

**C**
Pay Monthly Incentive:
CASH% (XGM Rate * XGM$) = **POC Monthly Incentive**

**D**
Pay Monthly Incentive:
35% (XGM Rate * XGM$) = **Closeout Incentive**

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

9


Johnson Controls

Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

10

Controls



# Calculating Core Commission: Commission Rate

## PSA/OPS/M&V Commission

(SCPJ & SC04)

**Application Notes:**

- Eligible Service Types are: PSA, Operations (Ops), Measurement & Verification (M&V)
- Contract types are New, Expansion, Base Renewal, or Must Win Renewals
- Target margins are defined and published by pricing and subject to change without notice
- Base renewals are only eligible for the "Must Win" renewal commission rate or the "Base Renewal" commission rate, not both

© Copyright Johnson Controls, Inc. All rights reserved. Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.



Johnson Controls

# Calculating Core Commission: SGM Tiers

**PSA/OPS/M&V Commission**

(SCPJ & SC04)

Determining the modifier requires 3 inputs:

1. Contract Type: New or Renewal
2. Contract Category: Tiered or Non- Tiered
3. Contract Length: Up to 5 Years

**Application Notes:**

- Qualified tiered contracts must have ≥ 50% of the contract associated with a tiered service level:



- All estimates need to start by using the tiers as the basis of the quote, all digital offerings are automatically embedded in the tiered offerings
- Max creditable contract length remains 5 years
- Must be a multi-year purchase order for the life of the contract.
- Change orders will not be considered for multi-year credit if the base contract was not a multi-year contract
- O&M is applied as Non-tiered

**Contract Modifier Example:**

A 3 year tiered contract would be eligible for a modifier of 3X the first year SGM when calculating commission!

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

12


Johnson Controls

# The Tiers: Align With Buyer Needs



| Price Seekers | Traditionalists | HVAC Techies | Complete Package | Self Maintainers |
|---|---|---|---|---|
| **Essential** | **Enhanced** | **Expert** | **Complete Package** | **Essential Advisor** |

**Price Seekers** — 

Primarily digital offering to provide peace of mind at lowest committed price

**Traditionalists**

Onsite maintenance with supporting digital enhancements to minimize risk and improve uptime and efficiency

**HVAC Techies** — 

Full service option that includes digital tools, onsite preventative and corrective maintenance with optional comprehensive coverage

**Complete Package** — 

Digital tools and support for customers who do most things with their own staff and would like to leverage OEM expertise and tools

# Steps to Receive Tiered Credit

Use Matrices to Identify Target Tier

→ Start in Quick Estimator

→ Use Tier Catalog to select Packages

→ Use Sales Rep view to review and adjust options

**Remember: Additional information and support accessible from the OpenBlue Tiered Services Page**

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.



Johnson Controls

# Calculating Core Commission: Pay Timing

## PSA/OPS/M&V Commission
(SCPJ & SC04)



### Determine your Payment Timing



**Secured Contract** — Initial 75% of commission due

**Contract Renewal** — Remaining 25% of commission due

**Initial Term Complete**

**Application Notes:**
- Credited 75% within 45 days following the month in which the contract is booked
- Remaining 25% within 45 days following the month in which the contract transfers and renews.
- If not renewed, the remaining 25% is not considered earned.

©Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

14


Johnson Controls

Calculating Core Commission:



## FY23 Other Program Elements:

- [ ] Pre-Payment Incentive
- [ ] Teaming Incentive Updates
- [ ] New Controls Expansion Program
- [ ] Basis of Design Program Updates
- [ ] High Producer
- [ ] Large Project Split Credit

Incentive FY
Plan 2021
The power behind your mission

Johnson
Controls



# Pre-Payment Kicker

All sellers across Fire, Security and HVAC who book an eligible agreement that is **prepaid** will receive the following one-time payout:



## Terms and Conditions:

- Labor & Material (L&M), Planned Service Agreements (PSA) and Performance Infrastructure agreements are not eligible
- Seller split credit eligible
- To qualify for prepayment, the cash must be collected within 30 days of booking
- You must be an active employee at time of payout to be eligible for payment

17

Johnson Controls —



SCPI & SCO4



## HVAC Selling Sales Manager, Smart Building, Complex or Account Teaming Uplift
(SLMT, SCPJ & SCO4)

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

18

Johnson
Controls

19

© Copyright Johnson Controls, Inc. All rights reserved. Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

HVAC Equipment & Agent Teaming Uplift
(SLWT, SCPJ & SCO4)

Johnson Controls

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

20

BSNA HVAC Core & Equipment Sales (FHE)/Agent Co-Selling





# FY23 Controls Expansion Incentive
(SCPJ, SC04 & SLMT)

## Controls Expansion Program

**Purpose:**
- To expand the number of new controls customers
- Provide real time incentive for new controls customers

**Who:**
Program applicable to Smart Buildings Rep/AE, Complex Rep/AE or Account Rep/AE sellers & Selling Sales Managers

**When:**
Sellers will be paid the kicker the month following when the revenue is recognized





© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

21

Johnson Controls



© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

22

**Basis of Design (BOD) Bounty Incentive**
(SCP, SCO4 & SLMT)



FY23 High Producer Incentive Overview
(SCPI, SCO4 & SLMT)

© Copyright Johnson Controls, Inc. All rights reserved. Johnson Controls, Inc. Proprietary and Confidential information. Any unauthorized use, copying or distribution is strictly prohibited.

23

# High Producer Incentive

## High Producer Incentive (based upon secured gross margin)

This incentive rewards significant levels of performance within a single fiscal year and provides an opportunity to earn substantial income for sustained performance achieved year after year.

## High Producer Incentive Eligibility - Salesperson eligibility will be determined by reviewing incentive eligible secured gross margin results for the previous three fiscal years (as applied to the incentive plan terms as earned) plus the current fiscal year. In this four year time period starting from the current fiscal year and working back, the number of successive years in which the minimum secured gross margin threshold is achieved will determine which column to use on the chart. In this four year time period, any year in which the minimum threshold is not achieved, the salesperson restarts eligibility with the next year that is successive. The row to use on the chart is determined by the secured gross margin in the current fiscal year. Note: New PSA/OPS/M&V multi-year margin credit is included (5 year maximum)

## New or Transferred Salesperson Eligibility – The indicated minimum eligibility amount will not be pro-rated for a salesperson starting mid-year. The salesperson must be employed in a BSNA HVAC sales rep position.

## Earnings & Payment –The High Producer incentive is calculated once and weighted in two increments of 50% each. The first 50% increment is earned and paid within 45 days following each tier minimum threshold (from Table 3) is exceeded, less the sum of all previous payments. The second 50% increment is earned subject to continued employment in a sales role and paid within 45 days following the conclusion of the next fiscal year. The amounts shown in Table 3 are the total values paid at the indicated level, not the incremental amount paid. The salesperson must be employed in a BSNA HVAC sales position at the conclusion of the following fiscal year when the final 50% payment is due to receive payment; at which time 100% of the incentive for the previous year will be deemed as earned.

## Application To High Producer

- All incentive eligible secured contracts will apply towards high producer in the fiscal year that the base contract or change order was booked.
- L&M tickets as credited will apply towards high producer when billed and transferred.
- PSA/OPS/M&V new contracts (multi-year up to 5 years) and the expanded portion of renewals (with minimum 10% growth in volume and margin) will apply towards high producer.
- PSA/OPS/M&V base renewals as credited to the salesperson will apply towards high producer.
- Large projects subject to the split-credit program will be credited for High Producer the value after all splits are applied.
- Intra/inter-company sales between Johnson Controls Business Groups (Corp, and Global Products) will apply towards high producer at half the normal amount.
- Overlay (Adjusted Split Credit) credit on CT projects (=>1 million CSF cost) will apply towards high producer.
- Secured Margin for Security & Fire domain credit splits and international orders does not apply.

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.
Johnson Controls — For internal use only

25

Johnson Controls — Internal Use Only

EXAMPLE Sales Rep

**Controls**

The power behind **your mission**



Incentive Details



# Additional Rules For Incentives

## Exclusions

Contracts booked on letters of intent are excluded from any incentive calculation.

Salespersons will not earn sales credit for the following types of contracts:

- Parts and/or Material only sales (except when included with initial order for equipment and submitted prior to equipment start-up).
- Sales made to stocking accounts

## International Orders

When a contract is sold by a US or Canadian Branch to a 3rd party customer in the US or Canada with a destination outside the US or Canada, the contract will be booked in CBS and paid in accordance with the commission rates on Table 1.

When a contract is sold by a US or Canadian Branch to a customer outside the US or Canada, the Salesperson's employee ID must be indicated on the contract and will be booked in CBS and paid in accordance with the commission rates on Table 1.

When a contract opportunity exists in an international branch (not US or Canada), submit an ICSF Form (International Credit Split Form) directly to the Incentive Comp Group general mailbox BTS-NA-CalIdcusCommissions@jci.com. Any incentive on secured contracts will be granted when the profit is recognized by BE International Accounting. These contracts will pay 7% of the International gross profit dollars received converted to US or Canadian dollars according to the rates issued by JCI. Corporate Treasury. Contract does not apply towards any aspect of the High Producer or Tier.

## Grandfathered' Contracts

All open contracts secured prior to the effective date of this plan will not earn sales incentive under this Plan and will be paid in accordance with the plan in effect at time of booking.

## Contract Cancellation

To the extent that incentive is paid on a contract that is later cancelled, de-booked, and/or has deductive change orders, a proportional amount of the incentive will be deducted from any of the salespersons future incentive payments not to exceed the total incentive paid on the contract.

27

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

Johnson Controls —



# Additional Rules For Incentives (Cont.)

## Incentive Reconciliation, Overpayments and Advances

Please note that the Company is paying incentive, in some instances, prior to when the incentive is actually earned. Incentive on a contract is not actually earned until transfer and reconciliation. The Company reserves the right to deduct overpayments from future incentive payments. This reimbursement is referred to as a "chargeback." Chargebacks on a contract will not exceed total amount of incentive paid on that contract.

All incentives and kickers described in this plan will be reconciled and treated as earned within 45 days following the month that the contract transfers and is 100% collected. Additional incentive due or any overpayment will be paid or collected with the next pay cycle. Further payments or chargebacks may be made in future months based on any subsequent charges, credits or similar items. Negative adjustments to a salesperson's incentive will not exceed total commission paid on the contract.

## Intra/Inter Company Sales

Sales made between Johnson Controls Business Groups (Corp, and Global Products) in which one Group has sold products/services to another for consumption. (Example: A salesperson sells a project within Johnson Controls). Commission rates for all intercompany sales will be one-half (1/2) the rates defined in this sales person Incentive Compensation Plan and sales credit must be approved by Area General Manager at the time of the booking. Sales between Groups for resale are not subject to the intercompany rate.

The amount that applies to High Producer will be ½ the standard value as defined in this sales persons incentive compensation plan.

## JCFS and JCBAS Contracts

Salespersons will be paid in accordance with the commission rates and other provisions of the HVAC Incentive Compensation Plans, based on line of business sold, for contracts booked under Johnson Controls Federal Systems (JCFS) and Johnson Controls Building Automation Systems (JCBAS). However, determination of sales credit earned and the timing of Executed Gross Margin incentive payments will be based on the current Federal Systems Salesperson Incentive Compensation Plan.

## Split Credit Guidelines

When a sales team (one or more employees) books a project consisting of a single contract or a group of contracts, sales credit is earned by each contributor based on the Buildings Solutions North America (BSNA) HVAC split credit policy guideline (Appendix A) as approved by the responsible sales manager.

For projects with a secured margin in excess of the large credit split guidelines, split credits to sales people are applied after the Large Project Split Credit Guideline (below)

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

Johnson Controls — For internal use only



FY23 Large Credit Split
(SCPI, SCO4 & SLMT)

29

# Additional Rules For Incentives (Cont.)

**Sales Credit Splits For Performance Infrastructure (Intercompany Subcontract) Projects**

On all Performance Infrastructure opportunities, Sales Credit for all participating salespeople should be applied to the Performance Infrastructure Origination Contract at booking. This booking represents the total JCI booking volume including Performance Infrastructure Associated Subcontracts booked in the branch as reflected on the Performance Contracting Booking Checklist; however, the estimated margin at booking is the Performance Infrastructure Diluted Margin only.

While Performance Infrastructure Associated Subcontracts are booked in the branch, Sales Credit on these Performance Infrastructure Associated Subcontracts should be assigned to the house account. No incentive will be calculated on the Performance Infrastructure Associated Subcontract bookings.

**If There Is an Associated JCLS Lighting Booking**

While JCLS Subcontracts are included in the Performance Infrastructure Origination Contract volume, split credit should continue to be applied to JCLS Subcontract. For incentive purposes, margin commission on the JCLS Subcontract will be applied separately according to the Contract Margin incentive chart for Performance Contracting and Prime Retrofit.

**Performance Infrastructure Blended Margin With Branch Subcontracts**

The Performance Infrastructure Origination Contract Booking field must include the primary Performance Infrastructure PC contract number on the branch Subcontract Bookings. All Performance Infrastructure Associated Subcontracts booked in the branch and the Performance Infrastructure Origination Contract must be PC Contract Type 21 (Not applicable for JCLS Subcontracts.)

The Contract Margin commission chart rates will be applied based on the split credit share of the Performance Infrastructure Origination Contract multiplied by the sum of the Diluted Margin of both the Performance Infrastructure Origination Contract and each of the Performance Infrastructure Associated Subcontracts (the Blended Margin). The Contract Margin incentive will be detailed on the Performance Infrastructure Origination Contract number in the salesperson's commission statement based on the Blended Margin.

**Timing of Incentive Payments On Performance Infrastructure Blended Margin**

If the Performance Infrastructure Origination Contract and Performance Infrastructure Associated Subcontract Booking occurs in the same month, incentive calculation will pay on total Performance Infrastructure Blended Margin values in following month.

If the Performance Infrastructure Origination Contract and Performance Infrastructure Associated Subcontracts are booked in different periods, then Advance Payment and total Performance Infrastructure Blended Contract Margin payments will be paid incrementally as contracts are booked and will reconcile the project incentives as subcontracts are booked and tied to the Performance Infrastructure Origination Contract.

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.
Johnson Controls — For Internal use only

30

# Financial Measure Definitions

**Allocated Gross Margin** - The calculation used to allocate gross margin of combined contracts by product type based upon the Product Type standard gross margin.

**Allocated Volume** - The calculation used to allocate volume of combined contracts by product type based upon the Product Type Standard gross margin.

**Commission Rate** - The commission rate is defined as the multiplier defined by management that is applied to each contract to determine an incentive payout.

**Contract Booking** - The contract is considered booked when approved by Management and uploaded into JCI Financial source systems.

**Contract Type** - Reference for Plan & Spec Retrofit, Plan & Spec Construction, Performance Contract, Prime Retrofit, Planned Service Agreement, Operations & Maintenance agreement or Labor & Material contract booking types

**Contract Type - Unscheduled Service:** Customer calls the branch or the 24x7 Call Center with a request for repair service.

- By default this books as in NxGen as an L&M/L&M Service Request (SR). The SR Type and Subtype can be modified if needed.
- When creating the SR, utilize the Potential Warranty and Potential Contract Coverage flags to indicate whether the SR needs to be reviewed for warranty or PSA contract coverage.

**Contract Type - Scheduled Service:** Customer has an active Planned Service Agreement (PSA) or Solutions M&V contract.

- **Standard PSA:** Customer has Scheduled Service Visits (SSVs)/Preventative Maintenance (PM) built into the contract. This is booked as a PSA Agreement in NxGen.
- **Solutions M&V:** Used to verify a performance guarantee has been met for designated units. Can be executed through a multi-year PSA or a one-time protocol. Both are booked through Oracle.
- **Renewals:** PSAs and OPS Agreements can be booked as either New or Renewal. Refer to the BE North America Planned Service Agreement Renewal Development BOS Policy for additional guidance.

**Contract Type - Facility Management/Maintenance:** JCI has staff full-time, on site to maintain a customer site.

- **Operations & Maintenance (O&M):** Requires one or more full-time account managers and/or technicians to be onsite every day. Work is typically focused on high-tech mechanical, electrical and general maintenance and repair services. Books as an OPS Agreement in NxGen.
- **PIP3 Facilities Management (FM) Operations (Ops):** Requires a large, full-time on site staff, along with a dedicated relationship manager. Contracts are typically multi-year with broad project scopes with a heavy emphasis on management and support. Scope of work typically includes full-scale O&M and facility support services where management is provided for services such as security, landscaping, janitorial catering, etc. Books in Oracle.

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

Johnson Controls — For internal use only

# Financial Measure Definitions (Cont.)

**Contract Type - Material Only:** Material is sold to the customer directly without installation.

- If billed at a quoted price, books in NxGen as a Material Only/Material Only Quote.

- If not billed at a quoted price, books in NxGen as a Material Only/Material Only SR.

**Contract Type - Quoted Repairs:** Work is proposed to the customer for one flat price. Work will be completed within 60 days and does not require project management. The customer is not expecting progress billing for the work.

- By default, this work is booked in NxGen as a L&M/Custom Quote.

- If the work will not be completed within 60 days, the work requires project management, or the customer expects progress billings, the work should be booked under the Retrofit/Project scope.

**Contract Type - Prime Retrofit/Plan & Spec/Plan & Spec Construction:** Work will not be completed within 60 days or requires project management, or the customer expects progress billing for the work. All work under this scope is booked in Oracle.

- **Performance Contract (PC):** Energy and/or operating efficiency retrofits within existing or new buildings that are typically negotiated directly with the owner incorporate either contractual or stipulated performance guarantees, and include financing either provided or arranged by Johnson Controls. May also include a multi-year PSA, O&M, or FM agreement that includes hours for the monitoring and management of the performance guarantee.

- **Plan & Spec (P&S) Construction:** New square footage contracts typically procured through the Plan and Spec Process. These contracts may be negotiated or bid, and the contracting method is through a general contractor, a mechanical contractor, electrical contractor, another subcontractor, or in some cases, the Owner's Agent. These jobs typically involve detailed plans and specs, the project duration is typically greater than 60 days, the use of consultants is very common, and there is a high degree of project management.

- **Prime:** Projects where the Contract/Purchase Order is direct with the Owner and JCI is the Prime Contractor. The scope of work could be defined and developed by the customer, a third party, or JCI, and is negotiated and contracted direct with the Owner or Owner's Agent. Work normally takes longer than 60 days to complete and requires project management. Work typically requires a schedule of values and progress billing. Scope of work could include the addition, replacement, or enhancement of equipment, controls, and/or fire/life safety/security systems. This work category occasionally includes blanket purchase agreements to perform work on sites where the specific scopes are not yet determined, but there is a firm commitment by the owner to a pricing structure. Work performed in existing square footage.

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

# Financial Measure Definitions (Cont.)

**Contract Type - Prime Retrofit/Plan & Spec/Plan & Spec Construction (Cont.)**

- **P&S Retrofit:** Typically covers all other retrofit work within existing buildings not classified as PC or Prime. This contract type includes retrofits where consultants often develop the plans and specifications for the contracted work. The scope may be developed with an owner, but the contracting method for delivery is through a general contractor, a mechanical contractor, electrical contractor, another subcontractor, or in some cases, the Owner's Agent. Contracts are typically for renovation of existing space. Duration is typically greater than 60 days and project management is required. Work performed in existing square footage.

- **Master Contract/Commissioning Services Project:** Scope of work is defined as service mechanical projects that are executed in conjunction with an equipment project. Scope of work can include mission critical facility commissioning support, significant additional commissioning items as per contract above and beyond bringing the unit to its finished state of completion. Work is quoted by Service Team and executed under a Custom Quote SR. Refer to Additional Rules for Incentive Slide(s) for further instructions.

**Executed Gross Margin -** Revenue minus the greater of actual cost or latest re-estimated cost as credited to the salesperson. Once a contract transfers, only actual cost will be used.

**Installation Contract Transfer -** An installation contract transfers when it is 100% billed, at least 90% collected, estimated completion date has occurred and the project manager has marked it for transfer in JCI Financial System

**Lines of Business (LOB) -** Reference for business types: Controls, Equipment, Mechanical Service, Performance Infrastructure, HVAC Security & Fire, Commercial Service

**Line of Business – Commercial Service –** includes the sales of product and labor (on L&M and PSA contract types only) where work is completed by the light commercial labor work force and includes rooftop units, VRF, split systems, unit vents, heaters and packaged units and supporting equipment and associated packaged smart controls limited to 40 tons each for buildings under two stories. Excludes buildings with chillers, applied equipment, cooling towers, boilers or Metasys® (or like building automation controls systems).

**Line of Business – Controls -** Includes the sale of product and labor (that make up the following contract types – project, L&M, PSA) related to the Metasys® building automation system (BAS), end devices (sensors, actuators, valves, etc.), cloud-based Metasys® applications, optimization offerings including CPO 30 from Optimum Energy, building wide systems integration, and any non-Johnson Controls BAS components.

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited
Johnson Controls — For internal use only

# Financial Measure Definitions (Cont.)

**Line of Business – Equipment -** Includes the sale of product and labor (that make up the following contract types – project, L&M, PSA) related to applied and commercial HVAC products and Performance Infrastructure, including large and small tonnage chillers, air handling units, variable refrigerant flow equipment, rooftop units, commercial unitary equipment, indoor packaged equipment, heat pumps, terminal units, rental equipment, and other equipment (Johnson Controls and non-Johnson Controls brands)

**Line of Business - Mechanical Service -** Includes the sale of mechanical labor to assemble a project and the following product codes: lighting systems, solar PV and thermal, utility metering systems, and water and wastewater treatment.

**Line of Business – HVAC Security & Fire -** Includes the sale of product and labor (that make up the following contract types – Plan and Spec, PC, Prime, New Construction, L&M, PSA) related to integrated security solutions including access control, video and other building security systems, fire detection systems, level three building wide systems integration infrastructure and mass notification for both Johnson Controls and non-Johnson Controls brand security and fire solutions.

**Line of Business – Performance Infrastructure -** Reserved for market teams and is typically used for performance contracts (PC) and measurement & verification (M&V) PSAs.

**Major Project Sale -** Marked as Major Project in the JCI Financial Systems.  Typically has cost of more than $1,000,000 of non-equipment scope that may include Controls, Security & Fire, Service and/or Other scopes of work.

**Must Win PSA Renewal -** Strategic Planned Service Agreement renewal that is flagged in NxGen and approved by Area Owner Sales and Service Operations managers eligible for special commission rate.

**Product Type - Applied Equipment -** All product related to large tonnage chillers, small tonnage chillers, custom and Performance Infrastructure air handling units, Series 100 rooftops, Floor by Floor, Flexsys, and their respective accessories (Contains cost codes under parent cost codes Z15: Applied Equipment, 990: Equipment Rebates and 224: miscellaneous equipment)

**Product Type - Commercial Equipment -** All products related to Largo, Ajax, and Norman manufactured equipment, and their respective accessories (Contains cost codes under parent cost code Z16 - Commercial Equipment].

**Product Type - Controls, Security & Fire, and Other -** For incentive purposes Controls, Security & Fire and Other consists of all cost codes not covered under Applied Equipment and Commercial Equipment.

**Product Type - VRF -** Includes the sale of products related to variable refrigerant flow equipment. VRF Systems deliver refrigerant at variable rates and exact amounts to spaces that need it.

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

Johnson Controls — For internal use only

34

# Financial Measure Definitions (Cont.)

**PSA and OPS Base Renewal** - PSA and OPS agreement renewal value equal to the previous year's volume and estimated margin.

**PSA and OPS - Expansion** - A minimum 10% increase in secured volume and secured gross margin when comparing the previous year secured volume and secured gross margin, net of cancellations and credits, to the secured volume and secured margin of the current year renewal contract including all change orders.

**PSA and OPS - New Agreement** - The definition of a new agreement is when JCI has not done business with the customer for at least 12 months. An agreement will also be considered as new when scope expansion and/or add of additional services doubles, at a minimum, the sell price of the current agreement. If the expansion component of the renewal agreement is less than 100% of the base agreement sell price, the agreement remains a renewal.

**PSA and OPS - Renewal Agreement** - If the renewal agreement has scope expansion or additional services added, this remains as a renewal agreement until the expansion component reaches 100% of the base agreement selling price (i.e. the contract doubles "or greater" in volume) at which point it becomes new.

**Reconciliation** - The process of adjusting the executed margin payments (positively or negatively) based upon the split credit guidelines and/or the large project split credit table.

**Sales Credit** - the percent of credit applied due to a salesperson's involvement in securing a project based upon the actual results of the project.

**Secured Gross Margin** - Secured volume less original estimated cost as reported through the JCI financial systems.

**Secured Gross Margin Tier** - Level of attainment used to determine commission rate for secured volume and executed margin on Installation and L&M contracts.

**Inclusions:**
- All incentive eligible L&M and Installation secured contracts in the fiscal year that the base contract or change order was booked.
- L&M tickets as credited will apply towards SGM Tier credit when billed and transferred.
- Large projects split-credit will apply.
- Intra/inter-company sales between Johnson Controls Business Groups (Corp, and Global Products) will apply towards SGM Tier at half the normal amount.

**Exclusions:**
- PSA/OPS/M&V new contracts (multi-year up to 5 years) and the expanded portion of renewals.
- PSA/OPS/M&V base renewals as credited to the salesperson.
- Secured Margin for Security and Fire domain credit splits.

**Secured Volume** - Secured sales price of a contract, including change orders, as reported through the JCI financial systems.

**Standard Gross Margin Percent** - a value reviewed and set on an annual basis to reflect the average secured margins by product type. .

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.
Johnson Controls — For internal use only

# Plan, Participant and Organization Structure Definitions

## Plan and Participant Definitions

**Participant** - An individual in a designated position which has been approved for participation in writing and assigned a corresponding plan ID in Workday. Source: Workday Employee Data

**Plan** - The arrangement described herein.

**Plan Year** - The year, beginning October 1 and ending September 30.

## Organizational Structure Definitions

**Business Unit / Domain** - The consolidated operations of the Business Unit in the BTSHFM Hyperion Financial Management Reporting Structure. A Business Unit is Fire, Security, or HVAC in BSNA.

**BSNA** - The consolidated operations of the Building Solutions North America regional branch and solutions offices, including any subordinate locations, satellites, sales offices, customer sites and all other operations assigned in the BTSHFM Hyperion Financial Management Reporting Structure.

©Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.

Johnson Controls — For internal use only

36

# Policies, Terms and Conditions

**Your Participation** begins the first of the month following your hire date. However, if your hire date is the first of the month, your participation begins immediately. Your incentive plan information is a part of your employee record in Workday. You will also be required to sign an employment agreement.

**Terminations** No payments described in this document are considered earned and payable unless the participants are in an active or paid leave of absence employment status or an unpaid FMLA leave on the first day of the month (or other relevant period) in which the incentive is earned, subject to any rules stated otherwise within this document. Any participant who is active on the first working day of the month, but terms within the same month, is eligible for commission on contracts booked up until the termination date, in accordance with plan rules. Any negative incentive balance at the time of termination is immediately due in full. However, where reconciliation conducted after a participant's last or day of employment discloses that the participant was overpaid incentive, the former participant will not be subject to reimbursement of the overpaid incentive.

**Personnel Transfer, Death or Retirement** Upon transfer, death, or retirement, participation in the plan terminates. If an overpayment exists, it will become immediately due in full.

**Buyout** Upon transfer to a role not calculated through the monthly sales incentive system, death or retirement, the remaining executed margin incentive will be paid at 75% of the applicable rate of the re-estimated Gross Margin in the **Installation** backlog at the time of transfer, retirement or death. PSA Contracts and High Producer incentive is not applicable for buyout. Management has the option to review the backlog and revise contract estimates as appropriate, prior to buyouts. All transactions under this section will be reviewed and approved by the Vice President, Sales Buildings Solutions North America (BSNA).

**Interpretation/Amendment**: The Vice President & General Manager, Buildings Solutions North America (BSNA) reserves the right to adjust any and all incentive payments should the financial results not support the total incentive award for the incentive plan.

The Vice President & General Manager, Buildings Solutions North America (BSNA) reserves the right to waive or adjust the Secured Volume and Executed Gross Margin commission rate based upon sales secured for Federal Government ESPC and Prime Retrofit contracts, pre-approved, specific Enterprise Client accounts, and Intercompany accounts when necessary to reflect sound business practices.

Furthermore, Management reserves the right to audit and adjust all aspects concerning the financial performance and make adjustments to payments when necessary to reflect sound business practices. Mismanagement of any Incentive Compensation Plan may result in deductions from the participant's incentive compensation and/or disciplinary action up to and including termination of employment.

Interpretations as to the application of any provision of this plan shall be made at the sole discretion of the Vice President & General Manager, Buildings Solutions North America (BSNA). Approved commission adjustments and exceptions will be included only for current fiscal year incentives and/or projects. In addition, the company reserves the right to change this incentive plan for this Plan Year and any subsequent Plan Year.

This revision supersedes all previous salesperson incentive or bonus programs.


Johnson Controls

# Policies, Terms & Conditions (continued)

## Ethics

Sales Incentives resulting from fraud or attained as a result of unlawful and/or unethical conduct or conduct that violates Johnson Controls policies are not considered earned. Sales Incentives from fraudulent or unethical conduct will be charged back to the employee and either netted against future commission pay or returned through direct reimbursement of the funds to Johnson Controls. Further discipline, up to and including termination of employment, may be taken under violation of Johnson Controls policies

## Have additional Questions?

If you have questions about this plan, please contact the Americas Compensation COE BE-NA IncentiveCompensation@jci.com.

This summary highlights only the key provisions of the plan. In the event of a discrepancy between this summary and the terms of the plan document, the terms of the plan document control. Nothing in the official plan document or in this Summary Plan Description should be interpreted to: give you any right to receive any award other than that provided for in the plan based on actual (not projected) performance; limit in any way the right of the Company or an affiliate to terminate your employment at any time; or be evidence of any agreement or understanding, expressed or implied, that you will be retained in any particular position or at any particular rate of compensation. Management has the right to amend, modify, or terminate the plan at the company's discretion with or without notice to the participants, and without consultation.

© Copyright Johnson Controls, Inc. All rights reserved.
Johnson Controls, Inc. Proprietary and Confidential Information. Any unauthorized use, copying or distribution is strictly prohibited.
Johnson Controls — For internal use only

Johnson Controls — *For internal use only*

